# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2020

Bridget M. McCormack,
Chief Justice

160993(27)

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                     SC: 160993
                                     COA: 350687

JERRY ANDERSON, II,
          Defendant-Appellant.
                                     Genesee CC: 16-039145-FC

_____/

      On order of the Court, the motion for reconsideration of this Court's July 28, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2020



                           Clerk

b1019